UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20451-RAR

RUDOLPH BETANCOURT,

Plaintiff,

v.

7-ELEVEN, INC.,

Defendant.
_______________________________/

## JOINT NOTICE OF SETTLEMENT

Plaintiff RUDOLPH BETANCOURT and Defendant 7-ELEVEN, INC., by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action. The parties expect to submit appropriate dismissal papers within thirty (30) days.

Dated: June 12, 2024

Respectfully submitted,

*s/ Glenn R. Goldstein*
Glenn R. Goldstein, Esq.
Florida Bar No. 558730
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Suite 504
Miami, FL 33138
Tel: (561) 573-2106
E-Mail: ggoldstein@g2legal.net
Attorneys for Plaintiff

*s/ Adam S. Chotiner*[1]
Adam S. Chotiner, Esq.
Florida Bar No. 0146315
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Tel: (561) 477-7800
Fax: (561) 477-7752
E-Mail: achotiner@sbwh.law
Attorneys for Defendant

---

[1] Glenn R. Goldstein has provided Adam S. Chotiner with express authority to jointly file this notice.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

**SERVICE LIST**

*Rudolph Betancourt v. 7-Eleven, Inc.*
Case No. 1:24-cv-20451-RAR
United States District Court, Southern District of Florida

| | |
|---|---|
| Glenn R. Goldstein, Esq.<br>E-mail: GGoldstein@G2Legal.net<br>Glenn R. Goldstein & Associates, PLLC<br>8101 Biscayne Boulevard, Suite 504<br>Miami, FL 33138<br>Tel: (305) 900-2373<br><br>and<br><br>Lauren N. Wassenberg, Esq.<br>E-mail: WassenbergL@gmail.com<br>Lauren N. Wassenberg & Associates, P.A.<br>1825 NW Corporate Blvd., Suite 110<br>Boca Raton, FL 33431<br>Tel: (561) 571-0646<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman &<br>Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |