**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-20451-RAR**

**RUDOLPH BETANCOURT**,

Plaintiff,

v.

**7 ELEVEN, INC.**,

Defendant.
_______________________________________/

# ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice, [ECF No. 27], filed on June 25, 2024. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** ***with prejudice***, with each party to bear its own respective attorney's fees and costs except as otherwise agreed by the parties. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of June, 2024.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**